NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUAN M. MEDINA, JR.,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2015-3063

---

Petition for review of the Merit Systems Protection Board in No. DA-0752-13-0393-I-1.

---

**JUDGMENT**

---

LORENZO WILSON TIJERINA, Law Office of Lorenzo W. Tijerina, San Antonio, TX, argued for petitioner.

MICHAEL ANTHONY RODRIGUEZ, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 11, 2016        /s/ Daniel E. O'Toole
Date                   Daniel E. O'Toole
                         Clerk of Court